NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1290, -1315

Steven Chu, SECRETARY OF ENERGY,

Appellant,

v.

THE BOEING COMPANY
(Successor-in-Interest of Rockwell International Corporation),

Appellee.

- - - - - - - - - - - - - - - - - - - - - -

THE BOEING COMPANY
(Successor-in-Interest of Rockwell International Corporation),

Appellant,

v.

Steven Chu, SECRETARY OF ENERGY,

Appellee.

Appeals from the Civilian Board of Contract Appeals in case nos. 337, 338, 339, and 978, Administrative Judge R. Anthony McCann.

ON MOTION

O R D E R

The Secretary of Energy moves for a 21-day extension of time, until August 5, 2009, to file his response to The Boeing Company's motion to dismiss.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 17 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 17 2009

JAN HORBALY
CLERK

cc:   Domenique Kirchner, Esq.
      Richard J. Ney, Esq.

s17

2009-1290, -1315                    2